**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSEPH LEARVEAL STAUCH, III,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 25-00461-JB-B |
| | * |
| **HEATH JACKSON,** *et al.*, | * |
| | * |
| **Defendants.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated April 24, 2026 (Doc. 20) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for Plaintiff's failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 18th day of May, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE